**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Rodrigo Cantu MORALES, a.k.a.
Rigo, Defendant–Appellant.**

No. 13–15342

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 23, 2014.

Yvette Rhodes, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Andrew Tysen Duva, Bonnie Ames Glober, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

H. Kyle Fletcher, Office of H. Kyle Fletcher, Oviedo, FL, for Defendant–Appellant.

Before CARNES, Chief Judge, HULL and MARCUS, Circuit Judges.

PER CURIAM:

H. Kyle Fletcher, appointed counsel for Rodrigo Cantu Morales in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Morales's conviction and sentence are **AFFIRMED.**